Submitted on petition for review May 18, 1994, petition for review allowed; decision of the Court of Appeals vacated and case remanded to the Court of Appeals for reconsideration January 27, 1995

## STATE OF OREGON,
*Respondent on Review,*

*v.*

## MARSHALL EDWARD MORTON,
*Petitioner on Review.*

### (CC 10-91-05552; CA A72253; SC S40900)
887 P2d 788

Sally L. Avera, Public Defender, and Jesse Wm. Barton, Deputy Public Defender, Salem, filed the petition on behalf of petitioner on review.

No appearance *contra*.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Fadeley, Unis, and Graber, Justices.

### MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated, and the case is remanded to the Court of Appeals for reconsideration in the light of *State v. Kephart*, 320 Or 433, 887 P2d 774 (1994), and *State v. Martin*, 320 Or 448, 887 P2d 782 (1994).